# EXHIBIT A

GC-240

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NO.: 217508 | FOR COURT USE ONLY |
|---|---|
| NAME: GREGORY J. LEDERMAN, ESQ.<br>FIRM NAME: RODNUNSKY & ASSOCIATES<br>STREET ADDRESS: 5959 Topanga Canyon Boulevard, Suite 220<br>CITY: Woodland Hills   STATE: CA   ZIP CODE: 91367<br>TELEPHONE NO.: (818) 737-1090   FAX NO.: (818) 737-1089<br>E-MAIL ADDRESS: allison.loevner@rodnunskylaw.com<br>ATTORNEY FOR (name): KRISTEN N. COOLEY | F I L E D<br>Clerk of the Superior Court<br><br>APR 2 0 2020<br><br>By: N. Vides |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 1100 Union Street<br>MAILING ADDRESS: 1100 Union Street<br>CITY AND ZIP CODE: San Diego, 92101<br>BRANCH NAME: Central Courthouse | |
| GUARDIANSHIP OF THE  [ ] PERSON  [X] ESTATE OF<br>(name): Nolan Ocean Cooley | |
| **ORDER APPOINTING GUARDIAN**<br>**OR EXTENDING GUARDIANSHIP OF THE PERSON** | CASE NUMBER:<br>37-2019-00058553-PR-GE-CTL |

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a guardian or extension of a guardianship of the person came on for hearing as follows (check boxes c, d, and e to indicate personal presence):

   a. Judge (name): Honorable Julia Kelety
   b. Hearing date: March 16 (ex parte), 2020   Time:    [X] Dept.: 503    [ ] Room:
   c. [ ] Petitioner (name): Kristen Cooley
   d. [ ] Attorney for Petitioner (name): Gregory Lederman
   e. [ ] Attorney for (proposed) ward (name, address, e-mail, and telephone):

**THE COURT FINDS**

2. a. [X] All notices required by law have been given.
   b. [X] Notice of hearing to the following persons [X] has been [ ] should be dispensed with
      (names): Dominic Nolan Cooley, pursuant to signed waiver filed with the Court.

3. [X] Appointment of a guardian of the [ ] person [X] estate of the proposed ward is necessary or convenient.
   *(NOTE: The Probate Code does not authorize the appointment of a guardian of the estate for a proposed ward 18 years of age or older.)*

4. [ ] Extension of the guardianship of the person past the ward's 18th birthday is necessary or convenient.

5. [ ] Granting the guardian powers to be exercised independently under Probate Code section 2590 is to the advantage and benefit and is in the best interest of the guardianship estate.

6. [ ] Attorney (name):    has been appointed by the court as legal counsel to represent the (proposed) ward in these proceedings. The cost for representation is: $

7. [X] The appointed court investigator, probation officer, or domestic relations investigator is (name, title, address, and telephone):
   (Title):
   Not applicable because previously waived by Court Order on November 5, 2019

Do NOT use this form for a temporary guardianship.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
GC-240 [Rev. July 1, 2016]

**ORDER APPOINTING GUARDIAN**
**OR EXTENDING GUARDIANSHIP OF THE PERSON**
(Probate—Guardianships and Conservatorships)

Probate Code, §§ 1510.1, 1514,
2310
Westlaw Doc & Form Builder

|  |  | **GC-240** |
|---|---|---|
| GUARDIANSHIP OF THE ☐ PERSON ☒ ESTATE OF<br>(name): Nolan Ocean Cooley | | CASE NUMBER:<br>37-2019-00058553-PR-GE-CTL |

**THE COURT ORDERS**

8. a. ☐ (name):
   (address):                                                                     (telephone):

   is appointed guardian of the PERSON of (name):
   and Letters shall issue upon qualification.

   b. (Not applicable to a proposed ward 18 years of age or older.)
   ☒ (name): KRISTEN N. COOLEY
   (address): 1029 Stratton Drive, Vista, California 92083                        (telephone): 760-213-6497

   is appointed guardian of the ESTATE of (name): Nolan Ocean Cooley
   and Letters shall issue upon qualification.

   c. ☐ The appointment of
   (name):
   (address):                                                                     (telephone):

   as guardian of the PERSON of (name):
   is extended past the ward's 18th birthday and new Letters shall issue forthwith.

9. ☒ Notice of hearing to the persons named in item 2b is dispensed with.

10. a. ☒ Bond is not required.
    b. ☐ Bond is fixed at: $              to be furnished by an authorized surety company or as otherwise provided by law.
    c. ☐ Deposits of: $            are ordered to be placed in a blocked account at (specify institution and location):

    and receipts shall be filed. No withdrawals shall be made without a court order.
    ☐ Additional orders in Attachment 10c.

    d. ☒ The guardian is not authorized to take possession of money or any other property without a specific court order.

11. ☐ For legal services rendered on behalf of the (proposed) ward, ☐ the parents of the (proposed) ward
    ☐ the (proposed) ward's estate shall pay to (name):
    the sum of: $
    ☐ forthwith  ☐ as follows    (specify terms, including any combination of payers):

12. ☐ The guardian of the estate is granted authorization under Probate Code section 2590 to exercise independently the powers specified in Attachment 12 ☐ subject to the conditions provided.

13. ☐ Orders are granted relating to the powers and duties of the guardian of the person under Probate Code sections 2351–2358 as specified in Attachment 13.

GC-240 [Rev. July 1, 2016]            **ORDER APPOINTING GUARDIAN**                                    Page 2 of 3
                              **OR EXTENDING GUARDIANSHIP OF THE PERSON**
                                  (Probate—Guardianships and Conservatorships)

Exhibit A
Page 15 of 19

| | GC-240 |
|---|---|
| GUARDIANSHIP OF THE ☐ PERSON ☒ ESTATE OF<br>*(name):* Nolan Ocean Cooley | CASE NUMBER:<br>37-2019-00058553-PR-GE-CTL |

14. ☐ Orders are granted relating to the conditions imposed under Probate Code section 2402 upon the guardian of the estate as specified in Attachment 14.

15. ☒ Other orders as specified in Attachment 15 are granted.

16. ☐ The probate referee appointed is *(name and address):*

17. Number of boxes checked in items 9–16: __4__

18. Number of pages attached: __1__

Date:

JUDGE OF THE SUPERIOR COURT

☒ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-240 [Rev. July 1, 2016]   **ORDER APPOINTING GUARDIAN**
**OR EXTENDING GUARDIANSHIP OF THE PERSON**
(Probate—Guardianships and Conservatorships)   Page 3 of 3

Exhibit A
Page 16 of 19

MC-025

| SHORT TITLE: Guardianship of Nolan Ocean Cooley | CASE NUMBER: 37-2019-00058553-PR-GE-CTL |

**ATTACHMENT** *(Number):* ___15___

*(This Attachment may be used with any Judicial Council form.)*

1. Guardian of the Estate, Kristen N. Cooley, is authorized to retain litigation attorney(s) to pursue damages against various third parties for copyright infringement.

2. Guardian of the Estate, Kristen N. Cooley, is authorized to file a lawsuit against third parties for copyright infringement.

3. Guardian of the Estate, Kristen N. Cooley, is authorized to register a copyright on the proposed ward's behalf.

Date: 4/20/20

_____
Judge of the Superior Court
**JULIA KELETY**

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

**GC-250**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO.: 217508 | FOR COURT USE ONLY |
|---|---|---|
| NAME: GREGORY J. LEDERMAN, ESQ. <br> FIRM NAME: RODNUNSKY & ASSOCIATES <br> STREET ADDRESS: 5959 Topanga Canyon Boulevard, Suite 220 <br> CITY: Woodland Hills  STATE: CA  ZIP CODE: 91367 <br> TELEPHONE NO.: (818) 737-1090  FAX NO.: (818) 737-1089 <br> E-MAIL ADDRESS: allison.loevner@rodnunskylaw.com <br> ATTORNEY FOR (name): KRISTEN N. COOLEY | | F I L E D <br> Clerk of the Superior Court <br> APR 2 0 2020 <br> Filed by: C. Valdez |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 1100 Union Street
MAILING ADDRESS: 1100 Union Street
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Central Courthouse

GUARDIANSHIP OF
(name): Nolan Ocean Cooley

**LETTERS OF GUARDIANSHIP**
[ ] Person  [X] Estate

CASE NUMBER:
37-2019-00058553-PR-GE-CTL

## LETTERS

1. [X] (Name): KRISTEN N. COOLEY    is appointed guardian of the  [ ] person  [X] estate
   of (name): NOLAN OCEAN COOLEY

2. [ ] The appointment of (name): _____    as guardian of the person of
   (name): _____
   is extended past the ward's 18th birthday as of (date): _____

3. [X] Other powers have been granted and conditions have been imposed as follows:
   a. [ ] Powers to be exercised independently under Probate Code section 2590 are specified in attachment 3a (specify powers, restrictions, conditions, and limitations).
   b. [ ] Conditions relating to the care and custody of the property under Probate Code section 2402 are specified in attachment 3b.
   c. [ ] Conditions relating to the care, treatment, education, and welfare of the ward under Probate Code section 2358 are specified in attachment 3c.
   d. [X] Other powers granted or conditions imposed are  [ ] specified on attachment 3d  [X] specified below.
      1. Authority to register a copyright on Nolan Ocean Cooley's behalf.
      2. Authority to employ attorney(s) to pursue damages against various third parties for copyright infringement.
      3. Authority to file a lawsuit against third parties for copyright infringement.

4. [X] The guardian is not authorized to take possession of money or any other property without a specific court order.

5. The guardianship of the person terminates by operation of law on (date): _____

6. Number of pages attached: _____

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)

Date: 4/20/2020

Clerk, by _____ C. Valdez _____, Deputy

Page 1 of 2

GC-250

| GUARDIANSHIP OF | CASE NUMBER: |
|---|---|
| (name): Nolan Ocean Cooley | 37-2019-00058553-PR-GE-CTL |

## NOTICE TO INSTITUTIONS AND FINANCIAL INSTITUTIONS
### (Probate Code sections 2890–2893)

When these *Letters of Guardianship* (Letters) are delivered to you as an employee or other representative of an *institution* or *financial institution* (described below) in order for the guardian of the estate (1) to take possession or control of an asset of the minor named above held by your institution (including changing title, withdrawing all or any portion of the asset, or transferring all or any portion of the asset) or (2) to open or change the name of an account or a safe-deposit box in your financial institution to reflect the guardianship, you must fill out Judicial Council form GC-050 (for an institution) or form GC-051 (for a financial institution). An officer authorized by your institution or financial institution must date and sign the form, and you must file the completed form with the court.

There is no filing fee for filing the form. You may either arrange for personal delivery of the form or mail it to the court for filing at the address given for the court on page 1 of these Letters.

The guardian should deliver a blank copy of the appropriate form to you with these Letters, but it is your institution's or financial institution's responsibility to complete the correct form, have an authorized officer sign it, and file the completed form with the court. If the correct form is not delivered with these Letters or is unavailable for any other reason, blank copies of the forms may be obtained from the court. The forms may also be accessed from the judicial branch's public website free of charge. The Internet address (URL) is *www.courts.ca.gov/forms.htm*. Select the form group *Probate—Guardianships and Conservatorships* and scroll down to form GC-050 for an institution or form GC-051 for a financial institution. The forms may be printed out as blank forms and filled in by typewriter (nonfillable form) or may be filled out online and printed out ready for signature and filing (fillable form).

An *institution* under California Probate Code section 2890(c) is an insurance company, insurance broker, insurance agent, investment company, investment bank, securities broker-dealer, investment advisor, financial planner, financial advisor, or any other person who takes, holds, or controls an asset subject to a conservatorship or guardianship other than a financial institution. Institutions must file a *Notice of Taking Possession or Control of an Asset of Minor or Conservatee* (form GC-050) for an asset of the minor or conservatee held by the institution. A single form may be filed for all affected assets held by the institution.

A *financial institution* under California Probate Code section 2892(b) is a bank, trust (including a Totten trust account but excluding other trust arrangements described in Probate Code section 82(b)), savings and loan association, savings bank, industrial bank, or credit union. Financial institutions must file a *Notice of Opening or Changing a Guardianship or Conservatorship Account or Safe-Deposit Box* (form GC-051) for an account or a safe-deposit box held by the financial institution. A single form may be filed for all affected accounts or safe-deposit boxes held by the financial institution.

## LETTERS OF GUARDIANSHIP

### AFFIRMATION

I solemnly affirm that I will perform according to law the duties of guardian.

Executed on (date): **March 20, 2020**, at (place): **Vista, Ca**

KRISTEN N. COOLEY
(TYPE OR PRINT NAME)

*Kristen N Cooley*
(SIGNATURE OF APPOINTEE)

### CERTIFICATION

I certify that this document, including any attachments, is a correct copy of the original on file in my office, and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)

Date:

Clerk, by _____, Deputy

GC-250 [Rev. July 1, 2016]

**LETTERS OF GUARDIANSHIP**
(Probate—Guardianships and Conservatorships)

Page 2 of 2

Exhibit A
Page 19 of 19